BESS M. BREWER, #100364
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARGHOONA NAYEBKHEL,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No: CIV- 05- 2374 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of June 12, 2006 to July 28, 2006.   This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: June 12, 2006          /s/Bess M. Brewer
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff

Dated:   June 12, 2006        McGregor W. Scott
                              United States Attorney

                              By: /s/Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U.S. Attorney

                              Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   June 21, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

2