1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ZARGHOONA NAYEBKHEL | ) | Case No: CIV- 05- 2374 CMK |
|---|---|---|
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| v. | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **JO ANNE B. BARNHART** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of July 28, 2006 to September 15, 2006.   This extension is necessary due to a  counsel's  heavy briefing schedule and the hospitalization of her son.

/ / / /

/ / / /

/ / / /

1

Dated: July 27, 2006    /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated:  July 27, 2006    McGregor W. Scott
United States Attorney

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 28, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE