1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ZARGHOONA NAYEBKHEL | ) | Case No: CIV- 05- 2374 CMK |
|---|---|---|
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| v. | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **JO ANNE B. BARNHART** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of September 15, 2006 until September 20, 2006. This extension is necessary due to a counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: September 15, 2006 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated:   September 15, 2006 | McGregor W. Scott |
| 7 | | United States Attorney |

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   September 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2