```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
    Fax: (916) 554- 2900
 5  THEOPHOUS H. REAGANS
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone: (415) 977-8943
    Fax: (415) 744-0134
 8
    Attorneys for Defendant
 9
                  IN THE UNITED STATES DISTRICT COURT FOR THE
10
                        EASTERN DISTRICT OF CALIFORNIA
11
                              SACRAMENTO DIVISION
12

13  ZARGHOONA NAYEBKHEL,          )   2:05-CV-2374 CMK
                                  )
14               Plaintiff,       )   STIPULATION AND
                                  )   ORDER TO EXTEND TIME
15           v.                   )
                                  )
16  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
17  Security,                     )
                                  )
18               Defendant.       )
    _____)
19
```

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from October 23, 2006 to November 22, 2006.

All other dates in the Courts Scheduling Order are extended accordingly.

///

///

1

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant requests the additional time due to workload and a previously scheduled vacation.

                                    Respectfully submitted,

Dated: October 20, 2006        _____/s/_____
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Dated: October 20, 2006        McGREGOR W. SCOTT
                                    United States Attorney
                                    BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney

                                    _____/s/_____
                                    THEOPHOUS H. REAGANS
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

**IT IS SO ORDERED:**

**DATED:    October 25, 2006.**

                                    _____
                                    **CRAIG M. KELLISON**
                                    **UNITED STATES MAGISTRATE JUDGE**