McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARGHOONA NAYEBKHEL,<br><br>          Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. **2:05-CV-02374-CMK**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the administrative law judge should:

    1)    reevaluate the lay witness evidence, articulate the weight given to that evidence and, if he rejects it, provide specific and legitimate reasons for doing

NAYEBKHEL v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-02374-CMK                                          1

|     |     |                                                              |
| --- | --- | ------------------------------------------------------------ |
| 1   |     | so;                                                          |
| 2   | 2)  | give further consideration to claimant's residual            |
| 3   |     | functional capacity during the entire period at              |
| 4   |     | issue and provide appropriate rationale with                 |
| 5   |     | specific references to evidence in the record in             |
| 6   |     | support of assessed limitations;                             |
| 7   | 3)  | reconsider all medical source opinions and clearly           |
| 8   |     | articulate the weight given to each medical source           |
| 9   |     | opinion; and                                                 |
| 10  | 4)  | otherwise develop the record as needed and fully             |
| 11  |     | articulate the basis for the decision.                       |

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /
/ / /
/ / /

NAYEBKHEL v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-02374-CMK                                     2

```
DATE: November 22, 2006           /s/ Bess M. Brewer (as
                                  authorized on November 22, 2006)
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff

DATE: November 22, 2006           McGREGOR W. SCOTT
                                  United States Attorney
                                  BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney

                              By: /s/ Bobbie J. Montoya for
                                  THEOPHOUS H. REAGANS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: November 28, 2006.

*Craig M. Kellison*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

NAYEBKHEL v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-02374-CMK                  4